# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| ECC International LLC ) | ASBCA No. 58856 |
| ) | |
| Under Contract No. W912DQ-11-C-4009 ) | |

APPEARANCES FOR THE APPELLANT:

R. Dale Holmes, Esq.
Michael A. Richard, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:

Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Daniel B. McConnell, Esq.
Matthew S. Tilghman, Esq.
Sarah L. Hinkle, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL WITH PREJUDICE

Appellant by letter dated 14 April 2017 has withdrawn its appeal in ASBCA No. 58856 and has requested that the appeal be dismissed with prejudice. The government does not object. Therefore, the appeal is hereby dismissed with prejudice.

Dated: 25 April 2017

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58856, Appeal of ECC International LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals